This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-40406**

**WELLS FARGO BANK, N.A.,
a national banking association,**

      Plaintiff-Appellee,

v.

**UNIVERSAL PROPERTY LEASING AND
RENTALS, LLC; MARIA OROZCO;
ALFREDO'S TRUCKING & BACKHOE
SERVICE, INC.; SOUTHWEST FINANCIAL
SOLUTIONS, LLC and LOUIS STROMBERG,**

      Defendants,

and

**ALFREDO OROZCO,**

      Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY
Michael H. Stone, District Court Judge**

Snell & Wilmer, LLP
Gregory J. Marshall
Phoenix, AZ

Jeanne Y. Sohn
Albuquerque, NM

for Appellee

Alfredo Orozco
Hobbs, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**HENDERSON, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**SHAMMARA H. HENDERSON, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**KATHERINE A. WRAY, Judge**